**IN THE CIRCUIT COURT OF THE FIFTH JUDICIAL CIRCUIT**
**IN AND FOR LAKE COUNTY, FLORIDA**
**CIVIL DIVISION**

**KATHY KAY STEVENSON,**

**Plaintiff,** **Case No.:**

**v.**

**COSTCO WHOLESALE CORPORATION,**

**Defendant.**
___________________________________/

## COMPLAINT

**COMES NOW,** the Plaintiff, **KATHY KAY STEVENSON**, by and through undersigned counsel, and files this Complaint against the Defendant, **COSTCO WHOLESALE CORPORATION**, and alleges:

## PARTIES

1. Plaintiff, **KATHY KAY STEVENSON**, is a resident of Lake County, Florida.

2. Defendant, **COSTCO WHOLESALE CORPORATION**, is a foreign profit corporation which has a principal place of business at 999 LAKE DR ISSAQUAH, WA 98027, and can be served through its registered agent, C T CORPORATION SYSTEM, 1200 SOUTH PINE ISLAND ROAD, PLANTATION, FL 33324.

## JURISDICTIONAL STATEMENT & VENUE

3. The amount in controversy exceeds $50,000.00, excluding interest, costs and attorney's fees, which is within the jurisdiction of the court in accordance with Section 26.012 of the Florida Statutes.

4. Venue in this county is proper in this action under Section 47.011 of the Florida Statutes because the incident giving rise to this action occurred in this county.

5. All conditions precedent have been performed or have occurred.

## FACTS IN SUPPORT OF CLAIMS

6. At all times material hereto, Defendant, **COSTCO WHOLESALE CORPORATION**, owned, operated, and maintained a store located at 4600 Collina Ter, Clermont, FL 34711, which was used as a store for the purposes of selling miscellaneous items to the general public.

7. On or about October 6, 2024, Plaintiff, **KATHY KAY STEVENSON**, was a business invitee on Defendant, **COSTCO WHOLESALE CORPORATION'S,** premises at the above listed address.

8. At said time and place, Plaintiff, **KATHY KAY STEVENSON**, was a lawful guest upon the premises of Defendant, **COSTCO WHOLESALE CORPORATION,** who owed Plaintiff a non-delegable duty to exercise reasonable care for her safety.

9. At said time and place, an unknown store employee of Defendant, **COSTCO WHOLESALE CORPORATION,** struck Plaintiff, **KATHY KAY STEVENSON,** with a merchandise/stock cart.

10. As a result, Plaintiff, **KATHY KAY STEVENSON,** suffered a significant permanent loss of important bodily functions resulting in pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, medical expenses, medical care and treatment, and the exacerbation of a pre-existing condition. The losses are either permanent or continuing, and **KATHY KAY STEVENSON** will suffer the losses in the future.

**COUNT I**
**NEGLIGENCE**

11. The Plaintiff, **KATHY KAY STEVENSON**, adopts by reference, as if set out fully and completely in this Count, the statements in paragraphs 1 through 10 above.

12. On or about 10/6/2024, Defendant, **COSTCO WHOLESALE CORPORATION**, owed to Plaintiff, **KATHY KAY STEVENSON,** a duty to exercise reasonable care for the safety of Plaintiff.

13. Defendant, **COSTCO WHOLESALE CORPORATION,** breached the duty owed to **KATHY KAY STEVENSON,** by committing one or more of the following omissions or commissions:

a. Negligently failed to maintain or adequately maintain the floor space in

and around common walkways for the safety of the Plaintiff;

b. Negligently failed to act reasonably under the circumstances;

c. Negligently engaged in a mode of operation when Defendant knew, or should have known, that said mode of operations would result in dangerous conditions to the general public, including the Plaintiff;

d. Negligently striking Plaintiff, **KATHY KAY STEVENSON,** with a merchandise/stock cart.

14. As a direct and proximate cause of the negligence of the Defendant, **COSTCO WHOLESALE CORPORATION,** as heretofore alleged, the Plaintiff, **KATHY KAY STEVENSON,** sustained injuries and damages when a **COSTCO WHOLESALE CORPORATION** employee struck Plaintiff with a merchandise/stock cart.

15. As a direct, foreseeable, and proximate result of the negligence of **COSTCO WHOLESALE CORPORATION,** Plaintiff, **KATHY KAY STEVENSON,** suffered permanent bodily injury resulting in pain and suffering, disability, disfigurement, mental anguish, loss of capacity for enjoyment of life, medical expenses, medical care and treatment, and the exacerbation of a pre-existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

**WHEREFORE**, the Plaintiff, **KATHY KAY STEVENSON**, demands judgment for damages against the Defendant, **COSTCO WHOLESALE CORPORATION**, costs of this action, and such further and other relief as the Court may deem just and appropriate.

**COUNT II**
**VICARIOUS LIABILITY**

16. The Plaintiff, **KATHY KAY STEVENSON,** adopts by reference, as if set out fully and completely in this Count, the statements in paragraphs 1 through 10 above.

17. Defendant, **COSTCO WHOLESALE CORPORATION,** employed the unknown store employee on the day of the subject incident.

18. Defendant, **COSTCO WHOLESALE CORPORATION**, is vicariously liable to Plaintiff, **KATHY KAY STEVENSON**, for the negligent acts of its unknown store employee in the course and scope of his/her employment with **COSTCO WHOLESALE CORPORATION** at the time of the alleged incident.

19. At said time and place, the unknown store employee, was in the course and scope of his/her employment with Defendant, **COSTCO WHOLESALE CORPORATION,** when he/she negligently and recklessly struck Plaintiff, **KATHY KAY STEVENSON,** with a merchandise/stock cart.

20. As a direct and proximate cause of the negligence of the Defendant, as

heretofore alleged, the Plaintiff, **KATHY KAY STEVENSON,** sustained injuries and damages when a **COSTCO WHOLESALE CORPORATION** employee struck Plaintiff with a merchandise/stock cart.

21. As a direct, foreseeable, and proximate result of the negligence of **COSTCO WHOLESALE CORPORATION,** Plaintiff, **KATHY KAY STEVENSON,** suffered permanent bodily injury resulting in pain and suffering, disability, disfigurement, mental anguish, loss of capacity for enjoyment of life, medical expenses, medical care and treatment, and the exacerbation of a pre-existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

**WHEREFORE**, the Plaintiff, **KATHY KAY STEVENSON**, demands judgment for damages against the Defendant, **COSTCO WHOLESALE CORPORATION**, costs of this action, and such further and other relief as the Court may deem just and appropriate.

## DEMAND FOR JURY TRIAL

Pursuant to Rule 1.430 of the Florida Rules of Civil Procedure, the Plaintiff demands a trial by jury on all questions of fact raised by this Complaint and on all issues so triable.

Respectfully Submitted,

**TRAGOS, SARTES & TRAGOS, PLLC**

*/s/ Chase P. Mead, Esq.*
**Chase P. Mead, Esq.**
Florida Bar Number: 1048507
Email: chase@greeklaw.com
Secondary E-Mail:
Paralegal3@greeklaw.com

/s/ **Mr. George E. Tragos, Esq.**
**Mr. George E. Tragos, Esq.**
Florida Bar Number: 184830
Email: George@greeklaw.com
Secondary E-Mail:
legalassistant2@greeklaw.com

2363 Gulf to Bay Blvd., Suite 100
Clearwater, FL 33765
T: 727.441.9030 / F: 727.441.9254
*Counsel for Plaintiff*