**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

KATHY KAY STEVENSON,

Plaintiff,

v. Case No: 5:25-cv-467-JSM-PRL

COSTCO WHOLESALE
CORPORATION,

Defendant.

---

# ORDER

This cause comes before the Court on its own motion. Upon examination of the file in the above-styled action, the undersigned has determined that there is cause for recusal because he owns stock in the Defendant corporation.

Accordingly, the undersigned recuses himself from all further participation in this case. The Clerk of the Court is instructed to reassign this case to another District Judge under the blind filing system established pursuant to the rules of this Court.

**DONE** and **ORDERED** in Tampa, Florida, this 13th day of August, 2025.

James S. Moody, Jr.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record