**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

KATHY KAY STEVENSON,

Plaintiff,

v. Case No. 5:25-cv-467-RBD-PRL

COSTCO WHOLESALE
CORPORATION,

Defendant.

---

**ORDER OF RECUSAL**

The Defendant in this action is Costco Wholesale Corporation, and one of the Undersigned's family members holds stock in Costco. So pursuant to 28 U.S.C. § 455, the Undersigned finds that he should not preside over this matter.

Accordingly, it is **ORDERED AND ADJUDGED** that the Undersigned **RECUSES** himself from this case. The Clerk is **DIRECTED** to randomly reassign this case to another District Judge.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on August 18, 2025.

ROY B. DALTON, JR.
United States District Judge